■ In the Matter of SHIRLEY A. WALPOLE, Respondent, v. STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Appellant.— Judgment unanimously

affirmed with costs upon the opinion at Special Term, Doerr, J. (Appeal from judgment of Erie Special Term in article 78 proceeding to review determination denying retail license.) Present — Marsh, P. J., Witmer, Cardamone, Simons and Goldman, JJ. [78 Misc 2d 372.]